UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROSALIO ALBERTO MEDOZA HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-26-923-R |
| | ) | |
| UNITED STATES DISTRICT COURT, et al., | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file and noting no timely objection to the findings and recommendations of United States Magistrate Judge Chris M. Stephens, the Court adopts the Report and Recommendation [Doc. No. 13], in its entirety.

For the reasons stated therein, the Petition for Writ of Habeas Corpus is DISMISSED as moot.

IT IS SO ORDERED this 22nd day of June, 2026.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE